DRIVER *v.* DRIVER *et al.*

LUMPKIN, J. Under the evidence, there was no error in directing a verdict in favor of the defendant.

*Judgment affirmed.   All the Justices concur.*
JUNE 13, 1912.

Equitable petition. Before Judge Littlejohn. Sumter superior court. May 24, 1911.

*C. R. Winchester* and *Shipp & Sheppard,* for plaintiff.